IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GEORGE ASHRAF MORGAN FARAGALLA,

    Petitioner,

    v.                                                                          Civil Action No. 3:26cv63

JEFFREY CRAWFORD, *in his official*
*Capacity as Warden, Farmville Detention Center,*

    Respondent.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS the Petition. (ECF No. 1.)

Respondent is ORDERED to release Petitioner George Ashraf Morgan Faragalla within five (5) days of the date of entry of this Order, with all of his personal property, under standard, and non-extraordinary, terms of supervised release. *See Zadvydas v. Davis*, 533 U.S. 678, 700 (2001) (explaining that following the grant of habeas petition "the alien's release may and should be conditioned on any of the various forms of supervised release that are appropriate in the circumstances"); 8 C.F.R. § 241.5 (providing for conditions of release upon release from detention after the removal period).

Respondent is FURTHER ORDERED to provide a status update within five (5) days of Mr. Faragalla's release from custody confirming that Mr. Faragalla has been released and setting forth any condition(s) of release upon which Mr. Faragalla was placed.

Petitioner is ORDERED to submit a change of address to the local Immigration and Customs Enforcement ("ICE") office within 24 hours of his arrival at his new residence. Petitioner is FURTHER ORDERED to file a Notice with the Court within 24 hours of his arrival at his new residence informing the Court and Respondent of his new address.

It is SO ORDERED.

Date: 2/26/26
Richmond, Virginia

_____ /s/
M. Hannah Lauck
Chief United States District Judge

2